**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FRANKLIN HERNANDEZ-CASTRO,<br><br>Petitioner,<br><br>v.<br><br>ROBERT GUADIAN, *et al.*,<br><br>Respondents. | Civil Action No. 1:26-cv-04852-LKG<br><br>Dated: November 23, 2026 |

**SCHEDULING ORDER**

On November 20, 2026, the Petitioner filed the petition for a writ of habeas corpus, in the above-captioned civil matter. ECF No. 1. On November 20, 2026, the Court entered the Second Amended Standing Order 2025-01, which was transmitted to the Chief and Deputy Chief of the Civil Division for the United States Attorney's Office for the District of Maryland. ECF Nos. 2 and 3.

In light of the foregoing, the Court **DIRECTS** the parties to **MEET and CONFER** and to **FILE** a joint status report, **on or before November 25, 2026**, proposing a schedule for the briefing of the Petitioner's habeas petition.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge